UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DONALD WICKHAM and LOUISA WICKHAM, h/w | ) )   Case Number: 09-5022 |
| Plaintiffs, | ) ) ) |
| vs. | ) ) |
| GLOBAL ACCEPTANCE CREDIT COMPANY, LP | ) ) ) |
| Defendant. | ) |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiffs, DONALD WICKHAM and LOUISA WICKHAM, h/w, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

BY: /s/ Brent F. Vullings
Brent F. Vullings, Esquire
Attorney for Plaintiff
Attorney I.D. #92344
Warren & Vullings, LLP
1603 Rhawn Street
Philadelphia, PA  19111
215-745-9800