UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DONALD WICKHAM and LOUISA WICKHAM, h/w<br><br>Plaintiffs,<br><br>vs.<br><br>GLOBAL ACCEPTANCE CREDIT COMPANY, LP<br><br>Defendant. | Case Number: 09-5022 |

RECEIVED
DEC 28 2009
AT 8:30 _____ M
WILLIAM T WALSH
CLERK

*So ordered, case closed* [handwritten]

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiffs, DONALD WICKHAM and LOUISA WICKHAM, h/w, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

BY: /s/ Brent F. Vullings
   Brent F. Vullings, Esquire
   Attorney for Plaintiff
   Attorney I.D. #92344
   Warren & Vullings, LLP
   1603 Rhawn Street
   Philadelphia, PA  19111
   215-745-9800